UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

| IN RE: | |
|---|---|
| Ronald Dean Campbell, a/w Felecia Johnson Campbell, | Case No. B 11-50423 C-7W |
| Debtor(s). | |

**APPLICATION FOR UNCLAIMED MONIES**

**NOW COMES** Edwin H. Ferguson, Jr., Trustee in the above-named case, and states:

That the dividend/s and/or monies remain unclaimed for longer than 90 days after the final dividend was distributed in the above case as indicated below:

| Check No. | Claim No. | Check Date | Claimant / Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 10109 | 2-1 | 11/26/14 | Allied Interstate<br>3000 Corporate Exchange Dr., 5th Floor<br>Columbus, OH  43231 | 628.48 |
| 10109 | 4-1 | 11/26/14 | Sage Capital Recovery<br>1040 Kings Highway N.<br>Cherry Hill, NJ  08034 | 4,491.62 |
| | | | TOTAL $ | 5,120.10 |

That trustee hereby requests that he be authorized to pay the funds set-out above to the Clerk, U.S. Bankruptcy Court within 10 days from the date of an Order entered by this Court.

WHEREFORE, Edwin H. Ferguson, Jr. prays that the Court allow dividend/s and/or monies remaining unclaimed for longer than 90 days be paid to the Clerk, U.S. Bankruptcy Court within 10 days from the date of an Order entered by this Court.

RESPECTFULLY SUBMITTED today, November 26, 2014.

 /s/ Edwin H. Ferguson, Jr.
EDWIN H. FERGUSON, JR.
Ferguson, Scarbrough, Hayes, Hawkins & DeMay, PLLC
ATTORNEY FOR TRUSTEE
P.O. Box 444
Concord, North Carolina 28026-0444
Telephone:  (704) 788-3211
State Bar No. 6148

## CERTIFICATE OF SERVICE

I, Edwin H. Ferguson, Jr., attorney for Trustee do hereby certify that I served a copy of the foregoing APPLICATION FOR UNCLAIMED MONIES upon:

William P. Miller
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC  27402

Edwin H. Ferguson, Jr.
Trustee in Bankruptcy
P.O. Box 444
Concord, NC  28026-0444

Allied Interstate
3000 Corporate Exchange Dr., 5th Floor
Columbus, OH  43231

Sage Capital Recovery
1040 Kings Highway N.
Cherry Hill, NJ  08034

by depositing a copy of the aforesaid document in an envelope in the exclusive care and custody of the U.S. Postal Service with sufficient postage thereon addressed to them at the aforesaid address.

RESPECTFULLY SUBMITTED today, November 26, 2014.

 /s/ Edwin H. Ferguson, Jr.
EDWIN H. FERGUSON, JR.
Ferguson, Scarbrough, Hayes, Hawkins & DeMay, PLLC
ATTORNEY FOR TRUSTEE
P.O. Box 444
Concord, North Carolina 28026-0444
Telephone:  (704) 788-3211
State Bar No. 6148